Rachel E. Hobbs (SBN CA 186424)
rachel.hobbs@fmglaw.com
FREEMAN MATHIS & GARY, LLP
550 South Hope Street
Suite 2200
Los Angeles, California 90071-2631
Telephone: 213.615.7061

Attorneys for Defendant UNITED SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. HUNT TRANSPORT, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED SPECIALTY INSURANCE COMPANY and AFT TRANSPORT, INC. DBA GOLDEN STATE TRUCKING, <br><br> Defendants. | Case No. 5:21-cv-00372-JWH(SHKx) <br><br> NOTICE OF SETTLEMENT <br><br> Judge:  John W. Holcomb <br> Comp. Filed: 3/2/21 <br><br> Discovery Cut-Off:  7/5/23 <br> Final Pre-Trial Conference:  9/8/23 <br> Trial Date:  9/25/23 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Local Rule 40-2, defendant UNITED SPECIALTY INSURANCE COMPANY hereby gives notice that an agreement to settle the entire action has been reached in principle. It is requested that the Court permit the

1

1  parties 45 days to negotiate and finalize formal settlement documentation and
2  submit a stipulation of dismissal.

DATED: June 2, 2023         FREEMAN MATHIS & GARY, LLP

By: _____
RACHEL E. HOBBS
Attorneys for Defendant UNITED
SPECIALTY INSURANCE COMPANY