1  Rachel E. Hobbs (SBN CA 186424)
   rachel.hobbs@fmglaw.com
2  FREEMAN MATHIS & GARY, LLP
   550 South Hope Street
3  Suite 2200
   Los Angeles, California 90071-2631
4  Telephone: 213.615.7061

5

6  Attorneys for Defendant UNITED SPECIALTY
   INSURANCE COMPANY

7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. HUNT TRANSPORT, INC., | Case No. 5:21-cv-00372-JWH(SHKx) |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | Judge: John W. Holcomb |
| UNITED SPECIALTY INSURANCE COMPANY and AFT TRANSPORT, INC. DBA GOLDEN STATE TRUCKING, | Comp. Filed: 3/2/21 |
| Defendants. | |

IT IS HEREBY STIPUALTED by and between the parties to this action through their designated counsel of record that the above-captioned action be and hereby is

1

dismissed with prejudice, with the parties to bear their own costs, pursuant to FRCP 41(a)(1).

Dated: June 16, 2023

SELVIN WRAITH LLP

By *RKorte*
GARY R. SELVIN
ROBIN D. KORTE
Attorneys for Plaintiff
J.B. HUNT TRANSPORT, INC.

Dated: June 20, 2023

FREEMAN MATHIS & GARY LLP

By: *Rachel E. Hobbs*
RACHEL E. HOBBS
Attorneys for Defendant
UNITED SPECIALTY INSURANCE COMPANY